UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INFORMATION CR10-159 DWF |
| ) | |
| Plaintiff, ) | (18 U.S.C. § 1028A) |
| ) | (18 U.S.C. § 871(a)) |
| v. ) | |
| ) | |
| BARRY VINCENT ARDOLF, ) | |
| ) | |
| Defendant. ) | |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1
(Aggravated Identity Theft)
18 U.S.C. § 1028A

On or about February 22, 2009, in the District of Minnesota, the defendant,

**BARRY VINCENT ARDOLF,**

did knowingly possess and use, without lawful authority, a means of identification of another person, to-wit: the name of VICTIM A, a known adult male, during and in relation to a felony enumerated in 18 U.S.C. § 1028A(c), to-wit: unauthorized access to a protected computer under 18 U.S.C. § 1030, all in violation of Section 1028A(a)(1) of Title 18 of the United States Code.

### COUNT 2
(Threats to the President and Successors to the Presidency)
18 U.S.C. § 871(a)

1.  On or about May 6, 2009, in the State and District of Minnesota, the defendant,

**BARRY VINCENT ARDOLF,**

posing as VICTIM A, did knowingly and willfully make a threat to

SCANNED
JUN - 7 2010
U.S. DISTRICT COURT MPLS

FILED  JUN - 7 2010
RICHARD D. SLETTEN
JUDGMENT ENTD
DEPUTY CLERK

take the life of, to kidnap, and to inflict bodily harm upon the Vice President or other officer next in the order of succession to the office of President of the United States, specifically, causing an email to be sent to the Vice President of the United States which stated in part:

> This is a terrorist threat! Take this seriously. I hate the way you people are spending money you don't have. ... I'm assigning myself to be judge jury and executioner. Since you folks have spent what you don't have it's time to pay the ultimate price. Time for new officials after you all are put to death by us. ... Fuck you all for spending money you don't have. I'll kill you all one at a time. I'll take any opportunity I can get so better have eyes on the back of your heads. You guys better start watching your back. I'm coming for you all. I swear to God I'm going to kill you! ... The first one of you will be dead by June 1.

All in violation if Section 871 of Title 18 of the United States Code.

Dated: 6/7/10

Respectfully submitted,

B. TODD JONES
United States Attorney

BY: Timothy C. Rank
Assistant U.S. Attorney
Attorney ID No. 245392

2