# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,            Criminal No. 10-159(1) (DWF/FLN)

          Plaintiff,

v.                                            **ORDER ADOPTING REPORT AND RECOMMENDATION**

Barry Vincent Ardolf,

          Defendant.

---

Timothy C. Rank, Assistant United States Attorney, United States Attorney's Office, counsel for Plaintiff.

Seamus R. Mahoney, Esq., counsel for Defendant.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated August 13, 2010, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Defendant's motion to suppress evidence obtained as a result of illegal stops, arrests and searches (Doc. No. [34]) is **DENIED**, and

Defendant's motion to suppress confessions or statements in the nature of confessions (Doc. No. [35]) is **DENIED**.

Dated: September 2, 2010          s/Donovan W. Frank
                                  DONOVAN W. FRANK
                                  United States District Judge